AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| Dennis R. Seramur d/b/a Dennis and Sons Builders ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:18-cv-00244 |
| Paradigm Liaison Services, LLC, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Dennis R. Seramur d/b/a Dennis & Sons Builders .

Date:   06/26/2018

s/Ross M. Good
*Attorney's signature*

Ross M. Good - IL 6312917
*Printed name and bar number*

Anderson + Wanca
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
*Address*

rgood@andersonwanca.com
*E-mail address*

(847) 368-1500
*Telephone number*

(847) 368-1501
*FAX number*