# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DENNIS R. SERAMUR d/b/a DENNIS & SONS BUILDERS, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> PARADIGM LIAISON SERVICES, LLC and THE PARADIGM ALLIANCE, INC., <br><br> Defendants. | Case No.: 2:18-CV-00244 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, DENNIS R. SERAMUR d/b/a SERAMUR AND SONS BUILDERS and Defendants, PARADIGM LIAISON SERVICES, LLC and THE PARADIGM ALLIANCE, INC., through their undersigned attorneys, hereby voluntarily dismiss this action with prejudice, class allegations without prejudice, each side to bear its own costs and fees.

Respectfully submitted,

s/*Ryan M. Kelly*
Ryan M. Kelly
Anderson + Wanca
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008
Telephone:  847-368-1500
Fax:  847-368-1501
Email:  rkelly@andersonwanca.com
*Attorneys for Plaintiff*

s/ *Rebecca J. Schwartz* (PHV)*(with permission)*
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO  64108
Telephone:  816-474-6550
Email:  rschwartz@shb.com

Katherine L. Shelby
Cantrell Strenski & Mehringer, LLP
150 West Market Street, Suite 800
Indianapolis, IN  46204
Telephone:  317-352-3500
Fax:  317-352-3501
Email:  kshelby@csmlawfirm.com
*Attorneys for Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2020, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                      /s/ Ryan M. Kelly