UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DENNIS R. SERAMUR d/b/a DENNIS & SONS BUILDERS, <br><br> Plaintiff, <br><br> v. <br><br> PARADIGM LIAISON SERVICES, LLC And THE PARADIGM ALLIANCE, INC. <br><br> Defendants. | Case No. 2:18-cv-244-PPS |

## ORDER

On April 22, 2020, the parties filed a Joint Stipulation of Dismissal, with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). This was a putative class action, but no class certification had been sought and no class had been certified, so the class allegations will be dismissed without prejudice.

ACCORDINGLY: This case is DISMISSED, with prejudice, as to the named Plaintiff and Defendants only. The Clerk is directed to CLOSE this case.

SO ORDERED on April 23, 2020.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT